IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:16CR80 |
| | ) |
| LUIS LOPEZ GODOY, | ) |
| | ) |
| Defendant. | ) |

FILED
IN OPEN COURT
APR 14 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL INFORMATION

From in and around June 2012 to on or about September 14, 2012, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, LUIS LOPEZ GODOY, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with others to commit an offense against the United States of America: namely, to knowingly and corruptly give, offer, and agree to give something of value (*i.e.*, $7,200 in United States currency) to a person, with intent to influence and reward an agent of the Virginia Department of Motor Vehicles (DMV), an agency of the Commonwealth of Virginia that received federal assistance in excess of $10,000 per year in 2012, in connection with a series of transactions of the DMV involving something of value of $5,000 or more, in violation of Title 18, United States Code, Section 666(a)(2).

(In violation of Title 18, United States Code, Section 371.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: *Rebeca H. Bellows*
Rebeca H. Bellows
Assistant United States Attorney